

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

David Sharpe, Appellant

No. 06-20-00019-CR      v.

The State of Texas

Appeal from the 349th District Court of Houston County, Texas (Tr. Ct. No. 19CR-112). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment and order for community supervision by deleting the assessment of, and the requirement to pay, attorney fees.. As modified, the judgment of the trial court and order is affirmed.

We note that the appellant, David Sharpe, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 5, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk